[No. 53931-1-I.   Division One.   August 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. VINSON CARTER-VINCENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08081-7, Steven C. Gonzalez, J., entered February 27, 2004. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Cox, C.J., and Kennedy, J.

[No. 54198-6-I.   Division One.   August 22, 2005.]

ZACHARY FLANDERS, *Appellant*, v. TRAVELERS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12583-1, Michael S. Spearman, J., entered April 2, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Ellington, A.C.J., and Schindler, J.

[No. 54402-1-I.   Division One.   August 22, 2005.]

JEAN CHEN, *Appellant*, v. HAROLD SHULMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-23974-7, Bruce W. Hilyer, J., entered June 11, 2004. *Reversed* by unpublished opinion per Schindler, J., concurred in by Coleman and Appelwick, JJ.

[Nos. 54615-5-I; 54782-8-I.   Division One.   August 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS JAMES HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10437-4 Linda Lau, J., entered July 12, 2004. *Affirmed* by unpublished opinion per Baker, J., concurred in by Coleman and Agid, JJ.